TSENG FU LIN v. CITY OF GOLDSBORO

No. 116P94

Case below: 113 N.C.App. 654

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 May 1994.